[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-10889
Non-Argument Calendar

_____

D. C. Docket No. 06-00040-CR-4-RH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HENRY SUTTON,
a.k.a. Shampoo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 16, 2008)**

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Kevin Ross, appointed counsel for Henry Sutton in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sutton's convictions and sentences are **AFFIRMED**.